**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: TREMBLAY, KEVIN | § Case No. 13-24230-BWB |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 12, 2013.  The undersigned trustee was appointed on June 12, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        72,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 16,605.17 |
   | Bank service fees | 1,664.93 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 54,229.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/28/2014 and the deadline for filing governmental claims was 12/09/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,875.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,875.00, for a total compensation of $6,875.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $356.54, for total expenses of $356.54.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2016      By: /s/THOMAS B. SULLIVAN, TRUSTEE
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  

**Period Ending:** 04/20/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/12/13 (f)  
**§341(a) Meeting Date:** 07/11/13  
**Claims Bar Date:** 04/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence located at 11770 Azure D<br>Imported from original petition Doc# 1 | 410,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with<br>Imported from Amended Doc#: 11 | 3,246.00 | 2,754.00 | | 0.00 | FA |
| 3 | Miscellaneous used furniture and appliances<br>Imported from Amended Doc#: 11 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | Necessary used clothing<br>Imported from Amended Doc#: 11 | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Whole life insurance policy Cash surrender value<br>Imported from Amended Doc#: 11 | 10,683.00 | 0.00 | | 0.00 | FA |
| 6 | 401k, Pension, IRA, Profit Sharing Plan with Joh<br>Imported from Amended Doc#: 11 | 30,000.00 | 0.00 | | 0.00 | FA |
| 7 | Ownership interest in Diatri Inc. Illinois<br>Imported from Amended Doc#: 11 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2013 Buick Enclave (u)<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 9 | Rolex | Unknown | Unknown | | 2,000.00 | FA |
| 10 | Possible Avoidance Action/Transfers to Family (u) | Unknown | Unknown | | 10,500.00 | FA |
| 11 | 2008 Chrysler Town & Country | Unknown | Unknown | | 0.00 | FA |
| 12 | Shares in LWCBancorp, Inc. (u) | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 12 | **Assets Totals** (Excluding unknown values) | **$514,979.00** | **$62,754.00** | | **$72,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE 3/30/16; RECEIVED FINAL FUNDS 1/24/16; FINAL RETURNS TO BE PREPARED; COUNSEL TO PREPARE FEE APP; TFR TO FOLLOW COMPLAINT PREPARED AND READY TO FILE REGARDING FRAUDULENT TRANSFERS

MOT TO EMPLOY COUNSEL AND MOTIONS TO TAKE 2004 EXAMS GRANTED ON JANUARY 10, 2014; CONDUCTING DISCOVERY ON POSSIBLE AVOIDANCE ACTIONS; INITIAL REPORT OF ASSETS FILED JANUARY 23, 2014; AWAITING BAR DATE;

Exhibit A

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/12/13 (f)  
**§341(a) Meeting Date:** 07/11/13  

**Period Ending:** 04/20/16  
**Claims Bar Date:** 04/28/14  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** December 31, 2014    **Current Projected Date Of Final Report (TFR):** September 30, 2016

Printed: 04/20/2016 07:48 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  
**Taxpayer ID #:** **-***9691  
**Period Ending:** 04/20/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/14 | {12} | LINCOLN WAY COMMUNITY BANK | | 1229-000 | 60,000.00 | | 60,000.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 59,979.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.14 | 59,890.73 |
| 11/17/14 | {10} | MARK T HICKEY & ASSOCIATES | SETTLEMENT REGARDING HARLEY DAVIDSON TRANSFER | 1241-000 | 6,500.00 | | 66,390.73 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.33 | 66,310.40 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.09 | 66,202.31 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.22 | 66,107.09 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 63.01 | 66,044.08 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -63.01 | 66,107.09 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 64.13 | 66,042.96 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -64.13 | 66,107.09 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 | 2300-000 | | 63.01 | 66,044.08 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.74 | 65,955.34 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.25 | 65,854.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.71 | 65,759.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.43 | 65,667.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.74 | 65,567.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.45 | 65,469.76 |
| 08/21/15 | {10} | JULIE TREMBLAY | SETTLEMENT OF ADVERSARY PER ORDEROF 8/18/15 DOC 95 | 1241-000 | 4,000.00 | | 69,469.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.98 | 69,377.78 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.45 | 69,271.33 |

Subtotals :   $70,500.00   $1,228.67

{} Asset reference(s)

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 13-24230-BWB | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|
| Case Name: | TREMBLAY, KEVIN | Bank Name: | Rabobank, N.A. |
| | | Account: | ******0066 - Checking Account |
| Taxpayer ID #: | **-***9691 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/20/16 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.63 | 69,171.70 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.17 | 69,075.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.29 | 68,966.24 |
| 01/24/16 | {9} | JAMES & SONS FINE JEWELERS | SALE OF JEWELRY | 1129-000 | 2,000.00 | | 70,966.24 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.92 | 70,870.32 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.26 | 70,772.06 |
| 03/07/16 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #13-24230, Bond No. 10BSBGR6291 | 2300-000 | | 42.16 | 70,729.90 |
| 03/10/16 | 105 | Law Offices of William J. Factor | Fees to attorney for trustee | 3210-000 | | 16,500.00 | 54,229.90 |
| | | | ACCOUNT TOTALS | | 72,500.00 | 18,270.10 | $54,229.90 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 72,500.00 | 18,270.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $72,500.00 | $18,270.10 | |

| Net Receipts : | 72,500.00 |
|---|---|
| Net Estate : | $72,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0066** | 72,500.00 | 18,270.10 | 54,229.90 |
| | $72,500.00 | $18,270.10 | $54,229.90 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 28, 2014

**Case Number:** 13-24230-BWB  
**Debtor Name:** TREMBLAY, KEVIN  

Page: 1

**Date:** April 20, 2016  
**Time:** 07:48:32 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>60 EAST 42ND STREET<br>ROOM 965<br>NEW YORK, NY 10165 | Admin Ch. 7 | | $42.16 | $42.16 | 0.00 |
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $6,875.00 | $0.00 | 6,875.00 |
| ADMIN2 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | | $356.54 | $0.00 | 356.54 |
| ADMIN3 200 | Callero & Callero, LLP<br>7800 N Milwaukee Avenue<br>Niles, IL 60714 | Admin Ch. 7 | | $841.50 | $0.00 | 841.50 |
| ADMIN4 200 | Clerk Of The U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $350.00 | $0.00 | 350.00 |
| 1P 570 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | Priority | | $47,639.27 | $0.00 | 47,639.27 |
| 4 570 | Internal Revenue Service<br>PO Box 802502<br>Cincinnati, OH 45280 | Priority | | $155,502.72 | $0.00 | 155,502.72 |
| 5 570 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | Priority | | $52,263.10 | $0.00 | 52,263.10 |
| 6P 570 | Internal Revenue Service<br>PO Box 802502<br>Cincinnati, OH 45280 | Priority | | $131,505.08 | $0.00 | 131,505.08 |
| 6S 560 | Internal Revenue Service<br>PO Box 802502<br>Cincinnati, OH 45280 | Secured | | $20,287.52 | $0.00 | 20,287.52 |
| 1U 610 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | Unsecured | | $4,842.10 | $0.00 | 4,842.10 |
| 2 -2 610 | Edward Flynn, Scott Fuqua, Thomas Juskiewicz,<br>Randy Scianna, Jonathan Westrich,Law Offices of Thomas E Brabec,18154 Harwood Homewood, IL 60430 | Unsecured | | $1,750,000.00 | $0.00 | 1,750,000.00 |
| 3 610 | Joji Takada, solely as Ch. 7 Trustee of Cornhusker<br>c/o Zane L. Zielinski,FrankGecker LLP,325 N. LaSalle, Suite 625 | Unsecured | | $1,291,305.00 | $0.00 | 1,291,305.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 28, 2014

**Case Number:** 13-24230-BWB  
**Debtor Name:** TREMBLAY, KEVIN

Page: 2

**Date:** April 20, 2016  
**Time:** 07:48:33 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | Chicago, IL 60654 |  |  |  |  |  |
| 6U 620 | Internal Revenue Service PO Box 802502 Cincinnati, OH 45280 | Unsecured |  | $13,349.50 | $0.00 | 13,349.50 |
| << Totals >> |  |  |  | 3,475,159.49 | 42.16 | 3,475,117.33 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                        Exhibit D

Case No.: 13-24230-BWB
Case Name: TREMBLAY, KEVIN
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                                      $ 54,229.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Internal Revenue Service | 20,287.52 | 20,287.52 | 0.00 | 20,287.52 |

Total to be paid to secured creditors:   $ 20,287.52
Remaining balance:                        $ 33,942.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 6,875.00 | 0.00 | 6,875.00 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 356.54 | 0.00 | 356.54 |
| Accountant for Trustee, Fees - Callero & Callero, LLP | 841.50 | 0.00 | 841.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 42.16 | 42.16 | 0.00 |

Total to be paid for chapter 7 administration expenses:   $ 8,423.04
Remaining balance:                                         $ 25,519.34

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $ 0.00
Remaining balance:                                             $ 25,519.34

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $386,910.17 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Illinois Department of Revenue | 47,639.27 | 0.00 | 3,142.13 |
| 4 | Internal Revenue Service | 155,502.72 | 0.00 | 10,256.46 |
| 5 | Illinois Department of Revenue | 52,263.10 | 0.00 | 3,447.10 |
| 6P | Internal Revenue Service | 131,505.08 | 0.00 | 8,673.65 |

Total to be paid for priority claims:  $ 25,519.34
Remaining balance:  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,046,147.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Illinois Department of Revenue | 4,842.10 | 0.00 | 0.00 |
| 2 -2 | Edward Flynn, Scott Fuqua, Thomas Juskiewicz, | 1,750,000.00 | 0.00 | 0.00 |
| 3 | Joji Takada, solely as Ch. 7 Trustee of Cornhusker | 1,291,305.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

  Tardily filed claims of general (unsecured) creditors totaling $ 13,349.50 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | Internal Revenue Service | 13,349.50 | 0.00 | 0.00 |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**