IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Kevin Tremblay** | ) | No. 13B 24230 |
| | ) | |
| Debtor(s). | ) | |

AMENDED **PROOF OF SERVICE**

TO: See Attached

I, THOMAS B. SULLIVAN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent to all creditors on April 22, 2016 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

BY:/s/ Thomas B Sullivan
Ch 7 Bankruptcy Trustee

Service List:

AmTrust International Underwriters Limited
c/o Karl Schook
karl.schook@rsg-law.com

Joji Takada, Ch 7 Trustee of Cornhuskers RBM, LLC et al.
c/o Daniel Dawson
ddawson@nisen.com

Ocwen Loan Servicing, LLC
c/o Codilis & Associates, PC
ND-Two@il.cslegal.com

Patrick S. Layng
Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov

The OneBeacon Ins. Group, et al.
c/o Benjamin Blume
Carroll Mcnulty & Kull, LL
100 North Riverside Plaza, Suite 2100
Chicago, IL  60606

Kevin Tremblay
c/o EV Law Group
mfaisal@evhas.com

Illinois Dept of Revenue
P.O. Box 19035
Springfield, IL  62794

Edward Flynn, Scott Fuqua, Thomas Juskiewicz et al
c/o Law Ofc of Thomas E Brabec
18154 Harwood Avenue, Suite 204
Homewood, IL  60430

Internal Revenue Service
P.O. Box 802502
Cincinnati, OH  45280

Kevin Tremblay
11770 Azure Drive
Frankfort, IL  60423