**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: TREMBLAY, KEVIN § Case No. 13-24230-BWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $454,979.00         Assets Exempt: $44,079.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $45,806.86     Claims Discharged
                                                 Without Payment: $3,420,887.43

Total Expenses of Administration: $26,693.14

---

3) Total gross receipts of $ 72,500.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $72,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $20,287.52 | $20,287.52 | $20,287.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,693.14 | 26,693.14 | 26,693.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 52,263.10 | 386,910.17 | 386,910.17 | 25,519.34 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,059,496.60 | 3,059,496.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $52,263.10 | $3,493,387.43 | $3,493,387.43 | $72,500.00 |

4) This case was originally filed under Chapter 7 on June 12, 2013. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2016         By: /s/THOMAS B. SULLIVAN, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rolex | 1129-000 | 2,000.00 |
| Possible Avoidance Action/Transfers to Family | 1241-000 | 10,500.00 |
| Shares in LWCBancorp, Inc. | 1229-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$72,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S | Internal Revenue Service | 4300-000 | N/A | 20,287.52 | 20,287.52 | 20,287.52 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$20,287.52** | **$20,287.52** | **$20,287.52** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 42.16 | 42.16 | 42.16 |
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 6,875.00 | 6,875.00 | 6,875.00 |
| THOMAS B. SULLIVAN, TRUSTEE | 2200-000 | N/A | 356.54 | 356.54 | 356.54 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Callero & Callero, LLP | 3410-000 | N/A | 841.50 | 841.50 | 841.50 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.13 | 20.13 | 20.13 |
| Rabobank, N.A. | 2600-000 | N/A | 89.14 | 89.14 | 89.14 |
| Rabobank, N.A. | 2600-000 | N/A | 80.33 | 80.33 | 80.33 |
| Rabobank, N.A. | 2600-000 | N/A | 108.09 | 108.09 | 108.09 |
| Rabobank, N.A. | 2600-000 | N/A | 95.22 | 95.22 | 95.22 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 63.01 | 63.01 | 63.01 |
| Rabobank, N.A. | 2600-000 | N/A | 88.74 | 88.74 | 88.74 |
| Rabobank, N.A. | 2600-000 | N/A | 101.25 | 101.25 | 101.25 |
| Rabobank, N.A. | 2600-000 | N/A | 94.71 | 94.71 | 94.71 |
| Rabobank, N.A. | 2600-000 | N/A | 91.43 | 91.43 | 91.43 |
| Rabobank, N.A. | 2600-000 | N/A | 100.74 | 100.74 | 100.74 |
| Rabobank, N.A. | 2600-000 | N/A | 97.45 | 97.45 | 97.45 |
| Rabobank, N.A. | 2600-000 | N/A | 91.98 | 91.98 | 91.98 |
| Rabobank, N.A. | 2600-000 | N/A | 106.45 | 106.45 | 106.45 |
| Rabobank, N.A. | 2600-000 | N/A | 99.63 | 99.63 | 99.63 |
| Rabobank, N.A. | 2600-000 | N/A | 96.17 | 96.17 | 96.17 |
| Rabobank, N.A. | 2600-000 | N/A | 109.29 | 109.29 | 109.29 |
| Rabobank, N.A. | 2600-000 | N/A | 95.92 | 95.92 | 95.92 |
| Rabobank, N.A. | 2600-000 | N/A | 98.26 | 98.26 | 98.26 |
| Law Offices of William J. Factor | 3210-000 | N/A | 16,500.00 | 16,500.00 | 16,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$26,693.14** | **$26,693.14** | **$26,693.14** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## **EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue | 5800-000 | N/A | 47,639.27 | 47,639.27 | 3,142.13 |
| 4 | Internal Revenue Service | 5800-000 | N/A | 155,502.72 | 155,502.72 | 10,256.46 |
| 5 | Illinois Department of Revenue | 5800-000 | 52,263.10 | 52,263.10 | 52,263.10 | 3,447.10 |
| 6P | Internal Revenue Service | 5800-000 | N/A | 131,505.08 | 131,505.08 | 8,673.65 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $52,263.10 | $386,910.17 | $386,910.17 | $25,519.34 |

## **EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue | 7100-000 | N/A | 4,842.10 | 4,842.10 | 0.00 |
| 2 -2 | Edward Flynn, Scott Fuqua, Thomas Juskiewicz, | 7100-000 | N/A | 1,750,000.00 | 1,750,000.00 | 0.00 |
| 3 | Joji Takada, solely as Ch. 7 Trustee of Cornhusker | 7100-000 | N/A | 1,291,305.00 | 1,291,305.00 | 0.00 |
| 6U | Internal Revenue Service | 7200-000 | N/A | 13,349.50 | 13,349.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $3,059,496.60 | $3,059,496.60 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  

**Period Ending:** 07/21/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/12/13 (f)  
**§341(a) Meeting Date:** 07/11/13  
**Claims Bar Date:** 04/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single Family Residence located at 11770 Azure D <br> Imported from original petition Doc# 1 | 410,000.00 | 0.00 | | 0.00 | FA |
| 2  Checking account with <br> Imported from Amended Doc#: 11 | 3,246.00 | 2,754.00 | | 0.00 | FA |
| 3  Miscellaneous used furniture and appliances <br> Imported from Amended Doc#: 11 | 900.00 | 0.00 | | 0.00 | FA |
| 4  Necessary used clothing <br> Imported from Amended Doc#: 11 | 150.00 | 0.00 | | 0.00 | FA |
| 5  Whole life insurance policy Cash surrender value <br> Imported from Amended Doc#: 11 | 10,683.00 | 0.00 | | 0.00 | FA |
| 6  401k, Pension, IRA, Profit Sharing Plan with Joh <br> Imported from Amended Doc#: 11 | 30,000.00 | 0.00 | | 0.00 | FA |
| 7  Ownership interest in Diatri Inc. Illinois <br> Imported from Amended Doc#: 11 | 0.00 | 0.00 | | 0.00 | FA |
| 8  2013 Buick Enclave  (u) <br> Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 9  Rolex | Unknown | Unknown | | 2,000.00 | FA |
| 10  Possible Avoidance Action/Transfers to Family  (u) | Unknown | Unknown | | 10,500.00 | FA |
| 11  2008 Chrysler Town & Country | Unknown | Unknown | | 0.00 | FA |
| 12  Shares in LWCBancorp, Inc.  (u) | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| **12  Assets   Totals** (Excluding unknown values) | **$514,979.00** | **$62,754.00** | | **$72,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT TFR TO US TEE 3/30/16; RECEIVED FINAL FUNDS 1/24/16; FINAL RETURNS TO BE PREPARED;  COUNSEL TO PREPARE FEE APP; TFR TO FOLLOW COMPLAINT PREPARED AND READY TO FILE REGARDING FRAUDULENT TRANSFERS

MOT TO EMPLOY COUNSEL AND MOTIONS TO TAKE 2004 EXAMS GRANTED ON JANUARY 10, 2014; CONDUCTING DISCOVERY ON POSSIBLE AVOIDANCE ACTIONS; INITIAL REPORT OF ASSETS FILED JANUARY 23, 2014; AWAITING BAR DATE;

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 06/12/13 (f)  
**§341(a) Meeting Date:** 07/11/13  

**Period Ending:** 07/21/16  
**Claims Bar Date:** 04/28/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2014     **Current Projected Date Of Final Report (TFR):** April 21, 2016 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  

**Taxpayer ID #:** **-***9691  
**Period Ending:** 07/21/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/14 | {12} | LINCOLN WAY COMMUNITY BANK | | 1229-000 | 60,000.00 | | 60,000.00 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 59,979.87 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 89.14 | 59,890.73 |
| 11/17/14 | {10} | MARK T HICKEY & ASSOCIATES | SETTLEMENT REGARDING HARLEY DAVIDSON TRANSFER | 1241-000 | 6,500.00 | | 66,390.73 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.33 | 66,310.40 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.09 | 66,202.31 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.22 | 66,107.09 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 63.01 | 66,044.08 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -63.01 | 66,107.09 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 64.13 | 66,042.96 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -64.13 | 66,107.09 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #13-24230, BOND NUMBER 10BSBGR6291 | 2300-000 | | 63.01 | 66,044.08 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.74 | 65,955.34 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.25 | 65,854.09 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 94.71 | 65,759.38 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.43 | 65,667.95 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.74 | 65,567.21 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.45 | 65,469.76 |
| 08/21/15 | {10} | JULIE TREMBLAY | SETTLEMENT OF ADVERSARY PER ORDEROF 8/18/15 DOC 95 | 1241-000 | 4,000.00 | | 69,469.76 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.98 | 69,377.78 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.45 | 69,271.33 |

Subtotals :   $70,500.00   $1,228.67

{} Asset reference(s)

Printed: 07/21/2016 07:14 PM   V.13.28

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 13-24230-BWB  
**Case Name:** TREMBLAY, KEVIN  
**Taxpayer ID #:** **-***9691  
**Period Ending:** 07/21/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 99.63 | 69,171.70 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.17 | 69,075.53 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.29 | 68,966.24 |
| 01/24/16 | {9} | JAMES & SONS FINE JEWELERS | SALE OF JEWELRY | 1129-000 | 2,000.00 | | 70,966.24 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.92 | 70,870.32 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.26 | 70,772.06 |
| 03/07/16 | 104 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2015 FOR CASE #13-24230, Bond No. 10BSBGR6291 | 2300-000 | | 42.16 | 70,729.90 |
| 03/10/16 | 105 | Law Offices of William J. Factor | Fees to attorney for trustee | 3210-000 | | 16,500.00 | 54,229.90 |
| 06/01/16 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $6,875.00, Trustee Compensation;  Reference: | 2100-000 | | 6,875.00 | 47,354.90 |
| 06/01/16 | 107 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $356.54, Trustee Expenses;  Reference: | 2200-000 | | 356.54 | 46,998.36 |
| 06/01/16 | 108 | Callero & Callero, LLP | Dividend paid 100.00% on $841.50, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 841.50 | 46,156.86 |
| 06/01/16 | 109 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 45,806.86 |
| 06/01/16 | 110 | Internal Revenue Service | Dividend paid 100.00% on $20,287.52; Claim# 6S; Filed: $20,287.52; Reference: | 4300-000 | | 20,287.52 | 25,519.34 |
| 06/01/16 | 111 | Illinois Department of Revenue | Dividend paid  6.59% on $47,639.27; Claim# 1P; Filed: $47,639.27; Reference: | 5800-000 | | 3,142.13 | 22,377.21 |
| 06/01/16 | 112 | Internal Revenue Service | Dividend paid  6.59% on $155,502.72; Claim# 4; Filed: $155,502.72; Reference: | 5800-000 | | 10,256.46 | 12,120.75 |
| 06/01/16 | 113 | Illinois Department of Revenue | Dividend paid  6.59% on $52,263.10; Claim# 5; Filed: $52,263.10; Reference: | 5800-000 | | 3,447.10 | 8,673.65 |
| 06/01/16 | 114 | Internal Revenue Service | Dividend paid  6.59% on $131,505.08; Claim# 6P; Filed: $131,505.08; Reference: | 5800-000 | | 8,673.65 | 0.00 |
| | | | ACCOUNT TOTALS | | 72,500.00 | 72,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 72,500.00 | 72,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $72,500.00 | $72,500.00 | |

{} Asset reference(s)

Printed: 07/21/2016 07:14 PM     V.13.28

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 13-24230-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** TREMBLAY, KEVIN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******0066 - Checking Account |
| **Taxpayer ID #:** **-***9691 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/21/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 72,500.00

Net Estate : $72,500.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0066** | 72,500.00 | 72,500.00 | 0.00 |
| | $72,500.00 | $72,500.00 | $0.00 |

{} Asset reference(s)

Printed: 07/21/2016 07:14 PM    V.13.28